PROB 12C
(7/93)

Report Date: December 4, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Moreno Mendez Jr.　　　Case Number: 0980 2:11CR06064-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: August 29, 2012

Original Offense:　　Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:　　Prison 15 months　　　　　　Type of Supervision: Supervised Release
　　　　　　　　　　　TSR - 36 months

Asst. U.S. Attorney:　To be determined　　　　　　Date Supervision Commenced: December 12, 2012

Defense Attorney:　　Rick Lee Hoffman　　　　　　Date Supervision Expires: December 11, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

　　1　　　　　　　　**Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

　　　　　　　　　　**Supporting Evidence**: Antonio Moreno Mendez Jr., is considered to be in violation of his term of supervised release, as he was found in Pasco, Washington, on December 3, 2014.

　　　　　　　　　　According to the Pasco Police Department call for service report, at the request of hospital staff, an officer responded to the Lourdes Hospital emergency room.  Mr. Mendez Jr., was incoherent and was stating he had been shot. The defendant did not; however, have any gunshot wounds. He was also making statements about spiritual warfare.  At this time, it is unknown if the defendant has been discharged from the hospital.

　　　　　　　　　　Mr. Mendez Jr., was previously deported from the United States on December 12, 2012, at San Ysidro, California.  Immigration records indicate the defendant unsuccessfully attempted to enter the United States on March 25, 2013, using a fraudulent tourist visa. He was subsequently removed from the United States.  He has now reentered the U.S. without lawful permission and has failed to report to the U.S. Probation office as required.

Prob12C
**Re: Mendez, Antonio Moreno**
**December 4, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/05/2014

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/5/2014

Date